J. Collier against the Continental Asphalt Paving Company. F. Nevius, of New York City, for appellant. J. V. Judge, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re COLLINS. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) In the matter of the application of Myron D. Collins to lay out a highway in the Town of Portville. No opinion. Order affirmed, with $10 costs and disbursements.

COLLINS v. PHIPPS. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Jesse T. Collins against Genevieve C. Phipps. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1120.

COLLINS, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by William Collins against the Pittsburg Contracting Company.

PER CURIAM. Judgment and order of the County Court of Westchester County reversed, and complaint dismissed, upon the ground that said court acquired no jurisdiction of the subject-matter of the action, but, as the question is first raised upon the appeal, without costs.

COLON et al., Appellants, v. JOSEPH KING CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by George Colon and another against the Joseph King Construction Company and others. H. Asher, of New York City, for appellants. H. Swain, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

COLTON, Respondent, v. POTTER, Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1913.) Action by Claude Colton against Fred B. Potter. No opinion. Motion granted, with $10 costs, unless the appellant makes and serves his case within 20 days, in which event motion is denied, without costs.

COLUMBIA CONST. CO., Appellant, v. DAY, Respondent. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by the Columbia Construction Company against Winnefred Day. G. W. Minor, of New York City, for appellant. E. C. Crowley, of New York City, for respondent.

PER CURIAM. Order modified, as directed in order, and, as modified, affirmed, without costs. Order filed.

LAUGHLIN, J., dissents.

CONNELL, Respondent, v. HEYDENREICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by William F. Connell against Louis V. Heydenreich and others. No opinion. Judgment affirmed by default, with costs. See, also, 140 N. Y. Supp. 1114.

CONNELL, Respondent, v. HEYDENREICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by William F. Connell against Louis V. Heydenreich and others. No opinion. Motion granted, on condition that appellants pay $25 costs, perfect their appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 140 N. Y. Supp. 1114.

CONYNGHAM, Respondent, v. TEDESCO, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Anna J. Conyngham against Albert G. Tedesco, impleaded with others. U. W. Tompkins, of New York City, for appellant. L. O. Van Doren, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

COOPER et al., Appellants, v. COOPER et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Rensselaer J. Cooper and others against Maggie E. Cooper and another. No opinion. Judgment unanimously affirmed, with costs.

CORSO, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by James Corso, as administrator, etc., of Amelia Corso, deceased, against the Nassau Electric Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the evidence presented questions of fact for the determination of the jury. Pelletreau v. Metropolitan Street Railway Co., 74 App. Div. 192, 77 N. Y. Supp. 386, affirmed without opinion 174 N. Y. 503, 66 N. E. 1113; Stevens v. Union Railway Co., 75 App. Div. 602, 78 N. Y. Supp. 624, affirmed 176 N. Y. 607, 68 N. E. 1125; Stone v. Dry Dock Railroad Co., 115 N. Y. 104, 21 N. E. 712; Serano v. N. Y. C. & H. R. R. Co., 188 N. Y. 156, 165, 80 N. E. 1025, 117 Am. St. Rep. 833.

COTTER, Respondent, v. NEW YORK & S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Edward T. Cotter against the New York & Stamford Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re COUNTY CLERK OF ONEIDA COUNTY. (Supreme Court, Appellate Divi-